## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

URIY DEBRIN,

    Plaintiff,

v.                                                     CASE NO. 6:11-CV-1581-Orl-36GJK

LBV RESTAURANTS, LLC, FLORIDA
CHOICE RESTAURANTS, LLC, and
BASSEL MAALI,

    Defendants.
_____/

## **ORDER**

      This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Gregory J. Kelly, on January 5, 2012 (Doc. 22). In the Report and Recommendation, Judge Kelly recommends that the Court approve the parties' Joint Motion to Approve Settlement Agreement, filed on December 2, 2011 (Doc. 20). The parties filed a Joint Notice of Non-Objection to the Report and Recommendation of Magistrate Judge Kelly on January 17, 2012 (Doc. 23).

      After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. Here, Plaintiff did not compromise his claim. The Court is, therefore, satisfied that the settlement reached between Plaintiff Uriy Debrin and Defendants is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th

Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 22) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The Parties Joint Motion for Approval of Settlement (Doc. 20) is **GRANTED**.

3. This action is **DISMISSED**, with prejudice.

4. The Clerk is directed to terminate any pending motions and deadlines and close this case.

**DONE AND ORDERED** at Orlando, Florida, on January 18 , 2012

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD